```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION


ROGER GREEN                                              PLAINTIFF

VS.                                CIVIL ACTION NO. 3:14CV629TSL-RHW

OLLIE LITTLE, ET AL.                                    DEFENDANTS
```

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge John M. Roper entered on February 6, 2015, recommending that defendant Steele's motion for summary judgment on the issue of administrative exhaustion be granted and that the remaining defendants be dismissed for failure to state a claim upon which relief may be granted. Plaintiff Roger Green has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the motions are well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on February 6, 2015, be, and the same is hereby, adopted as the finding of this court, such that defendant Steele's motion for summary judgment is granted and the remaining defendants are

dismissed for failure to state a claim upon which relief may be granted.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 3rd day of March, 2015.

                          /s/ Tom S. Lee
                      UNITED STATES DISTRICT JUDGE